IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| EMILY SHILLING, et al.,<br><br>  Plaintiffs-Appellees<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>  Defendants-Appellants | No. 25-2039 |

## CIRCUIT RULE 27-3 CERTIFICATE

1. The contact information of the counsel for all parties is as follows:

*Counsel for Defendants-Appellants:*

Michael S. Raab (michael.raab@usdoj.gov)
Ashley C. Honold (ashley.c.honold@usdoj.gov)
Amanda L. Mundell (amanda.l.mundell@usdoj.gov)
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 305-1754

*Counsel for Plaintiffs-Appellees*:

Matthew Gordon (mgordon@perkinscoie.com)
Abdul Kallon (akallon@perkinscoie.com)
Perkins Coie (SEA)

1201 3rd Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Ami Rakesh Patel (ami.patel@hrc.org)
Sarah Warbelow (sarah.warbelow@hrc.org)
Cynthia C. Weaver (cynthia.weaver@hrc.org)
Human Rights Campaign
1640 Rhode Island Avenue NW
Washington, DC 20036
(202) 993-4180

Bo Yan J. Moran (bmoran@perkinscoie.com)
Mary Thurmon (mthurmon@perkinscoie.com)
Perkins Coie LLP (PA CA)
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4355

Camilla B Taylor (ctaylor@lambdalegal.org)
Kenneth D. Upton, Jr. (kupton@lambdalegal.org)
Lambda Legal Defense and Education Fund Inc. (IL)
3653 N Halsted Street
Chicago, IL 60613
(312) 663-4413

Danielle E. Sivalingam (dsivalingam@perkinscoie.com)
Perkins Coie LLP (SF)
505 Howard Street, Suite 1000
San Francisco, CA 94105
(415) 954-3223

Gabriella Marie Romanos Abihabib (gromanos@perkinscoie.com)
Perkins Coie LLP (NY)
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
(332) 223-3977

Jennifer C Pizer (jpizer@lambdalegal.org)
Lambda Legal Defense and Education Fund Inc. (CA)
800 S Figueroa Street, Suite 1260
Los Angeles, CA 90017
(213) 382-7600

Kell L Olson (kolson@lambdalegal.org)
Lambda Legal Defense and Education Fund Inc. (AZ)
3849 E Broadway Boulevard, Suite 136
Tucson, AZ 85716
(520) 250-4596

Omar Gonzalez-Pagan (ogonzalez-pagan@lambdalegal.org)
Lambda Legal Defense and Education Fund Inc. (NY)
120 Wall Street, 19th Floor
New York, NY 10005
(646) 307-7406

Sasha J Buchert (sbuchert@lambdalegal.org)
Lambda Legal Defense and Education Fund Inc. (DC)
111 K Sreet NE, 7th Floor
Washington, DC 20002
(503) 688-8071

2. This motion requires resolution on an emergency timeframe because the district court's order bars the Department of Defense from implementing its 2025 policy and effectively requires the Department to maintain a policy that it has determined undermines military readiness and lethality. The Department therefore seeks a stay pending appeal of the district court's preliminary injunction, and respectfully suggests that the Court enter an immediate administrative stay to allow for orderly briefing and adjudication of this motion.

3. This motion could not have been filed earlier. The district court entered its preliminary injunction in this case on the evening of March 27, 2025, after denying the government's request to stay the injunction pending appeal. That same night, the Acting Solicitor General authorized the government to appeal the judgment and seek a stay pending appeal. The government noticed this appeal the next morning, on March 28.

4. I notified the Court's emergency motions unit by email (emergency@ca9.uscourts.gov) that the government would be filing this motion.

5. I notified counsel for plaintiffs that the government would be filing this motion, and I have served this motion on those counsel by email contemporaneously with its filing. Plaintiffs oppose this motion.

*/s/ Amanda L. Mundell*
Amanda L. Mundell