# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-2039

**Case Name** Shilling, et al. v. Trump, et al.

**Counsel submitting this form** Amanda L. Mundell

**Represented party/parties** Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

This case concerns the Department of Defense's 2025 policy, which presumptively disqualifies from service those individuals who have a current diagnosis of or history of, or who exhibit symptoms consistent with, gender dysphoria, or who have a history of cross-sex hormones or a history of sex-reassignment surgery. Plaintiffs, who are trans-identifying current and aspiring servicemembers, allege that the policy violates equal protection, the First Amendment, and procedural due process, and claim that the Department should be equitably estopped from enforcing the policy. They sought, among other things, an injunction barring the implementation of the policy.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                      *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The district court entered a worldwide preliminary injunction barring the government from implementing the 2025 policy. The government will argue on appeal that the district court erred by doing so.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court (No. 25-cv-241) has not stayed proceedings.

Related cases that challenge the same policy and involve similar claims are: Talbott v. United States, No. 25-5087 (D.C. Cir.), Ireland v. Hegseth, No. 25-cv-01918 (D.N.J.).

**Signature** s/ Amanda L. Mundell         **Date** April 2, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*