

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Tel: 202-514-3469
April 24, 2025

VIA CM/ECF
Molly Dwyer
Clerk, United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94103

Re: *Shilling v. Trump*, No. 25-2039

Dear Ms. Dwyer:

Today, the government filed an application in the Supreme Court for a stay of the preliminary injunction issued in *Shilling v. Trump*, No. 2:25-cv-0241 (W.D. Wash.) pending disposition of the government's appeal of the same and any further review in the Supreme Court. *See United States v. Shilling*, No. 24A1030 (S. Ct.). A response to the application is due May 1, 2025, and we will notify this Court when the Supreme Court rules.

Sincerely,

/s/ *Amanda L. Mundell*
Amanda L. Mundell