**No. 25-2039**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

EMILY SHILLING, et al.,

        Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

        Defendants- Appellants.

---

On Appeal from the United States District Court
for the Western District of Washington

---

EXCERPTS OF RECORD
INDEX VOLUME

---

    YAAKOV M. ROTH
      *Acting Assistant Attorney*
      *General*

    TEAL LUTHY MILLER
      *United States Attorney*

    MICHAEL S. RAAB
    ASHLEY C. HONOLD
    AMANDA L. MUNDELL
      *Attorneys, Appellate Staff*
      *Civil Division, Room 7252*
      *U.S. Department of Justice*
      *950 Pennsylvania Avenue NW*
      *Washington, DC 20530*
      *(202) 305-1754*

# TABLE OF CONTENTS

<u>**Page**</u>

## VOLUME 1

Memorandum Opinion, Dkt. No. 104 .............................................. ER-2

Order Granting Preliminary Injunction, Dkt. No. 103 ................... ER-67

## VOLUME 2

Prioritizing Military Excellence and Readiness: Military Department
    Identification, Mar. 21, 2025, Dkt. No. 92-1 (excerpt)............ ER-70

DSM-5 Criteria for Gender Dysphoria, Dkt. No. 92-2..................... ER-73

Plaintiffs' Reply in Support of Motion for Preliminary Injunction,
    Dkt. No. 82........................................................................ ER-74

Action Memo: Implementing Guidance for Prioritizing Military
    Excellence and Readiness Executive Order (EO),
    Feb. 26, 2025, Dkt. No.71-1 .............................................. ER-101

Mattis Memorandum and Report, Feb. 22, 2018, Dkt. No. 71-2... ER-106

Accessions Medical Administrative Data on Transgender
    ServiceMembers (2021 Review), July 14, 2021, Dkt. No. 71-3
    (excerpt) ............................................................................. ER-154

Literature Review: Level of Evidence for Gender-Affirming Treatments
    (2025 Medical Literature Review), Dkt. No. 71-4................. ER-173

Clarifying Guidance on Prioritizing Military Excellence and Readiness:
    Retention and Accession Waivers, Mar. 4, 2025, Dkt. No. 64-1
    (excerpt) ............................................................................. ER-183

Amended Complaint, March 4, 2025, Dkt. No. 59........................ ER-185

2

Additional Guidance on Prioritizing Military Excellence and Readiness
     (2025 policy), Feb. 26, 2025, Dkt. No. 55-2 ........................... ER-228

Plaintiffs' Motion for Preliminary Injunction, Feb. 19, 2025,
     Dkt. No. 23 ............................................................................ ER-241

Notice of Appeal, March 28, 2025, Dkt. No. 105 ........................... ER-282

District Court Docket Sheet ........................................................... ER-284