No. 25-2039

# In the United States Court of Appeals for the Ninth Circuit

COMMANDER EMILY SHILLING, et al.,

*Plaintiffs-Appellees*,

v.

UNITED STATES OF AMERICA, et al.,

*Defendants-Appellants*.

On Appeal from the United States District Court for the Western District of Washington, No. 2:25-cv-00241-BHS, Hon. Benjamin H. Settle

**PLAINTIFFS-APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD INDEX VOLUME**

| | |
|---|---|
| Matthew P. Gordon<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101<br>(206) 359-8000<br>MGordon@perkinscoie.com | Sasha Buchert<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>815 16th St. NW, Suite 4140<br>Washington, DC 20006<br>(202) 804-6245<br>sbuchert@lambdalegal.org |
| Omar Gonzalez-Pagan<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>120 Wall Street, 19th Fl.<br>New York, NY 10005<br>(212) 809-8585<br>ogonzalez-pagan@lambdalegal.org | Kell Olson<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>3849 E Broadway Blvd, #136<br>Tucson, AZ 85716<br>(323) 370-6915<br>kolson@lambdalegal.org |

*Additional counsel on next page.*

*Counsel for Plaintiffs-Appellees*

| | |
|---|---|
| Danielle E. Sivalingam<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>(415) 344-7000<br>DSivalingam@perkinscoie.com | Jennifer C. Pizer<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>800 S. Figueroa Street, Suite 1260<br>Los Angeles, CA 90017<br>(213) 382-7600<br>jpizer@lambdalegal.org |
| Cynthia Cheng-Wun Weaver<br>Ami Rakesh Patel<br>HUMAN RIGHTS CAMPAIGN<br>FOUNDATION<br>1640 Rhode Island Ave. N.W.<br>Washington, DC 20036<br>(202) 527-3669<br>Cynthia.Weaver@hrc.org<br>Ami.Patel@hrc.org | Camilla B. Taylor<br>Kenneth Dale Upton, Jr.<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>3656 N Halsted St.<br>Chicago, IL 60613<br>(312) 663-4413<br>CTaylor@lambdalegal.org<br>KUpton@lambdalegal.org |

*Counsel for Plaintiffs-Appellees*

- 2 -

# INDEX

| Document | File Date | USDC Dkt. No. | SER Nos. |
|---|---|---|---|
| **VOLUME 1 of 4** | | | |
| Supplemental Declaration of Blake Dremann (*Plaintiffs' Motion for Preliminary Injunction*) | 03/25/2025 | 99 | 3-5 |
| Exhibit A – US Navy, FAQ: Prioritizing Military Excellence and Readiness (Mar. 14, 2025) (*Plaintiffs' Motion for Preliminary Injunction*) | 03/25/2025 | 99-1 | 6-11 |
| Supplemental Declaration of Emily Shilling (*Plaintiffs' Motion for Preliminary Injunction*) | 03/25/2025 | 98 | 12-14 |
| Supplemental Declaration of Videl Leins (*Plaintiffs' Motion for Preliminary Injunction*) | 03/19/2025 | 89 | 15-16 |
| Supplemental Declaration of Geirid Morgan (*Plaintiffs' Motion for Preliminary Injunction*) | 03/19/2025 | 88 | 17-18 |
| Declaration of Sierra Moran (*Plaintiffs' Motion for Preliminary Injunction*) | 03/19/2025 | 87 | 19-21 |
| Supplemental Declaration of Shawn Skelly (*Plaintiffs' Motion for Preliminary Injunction*) | 03/19/2025 | 86 | 22-27 |

| Document | File Date | USDC Dkt. No. | SER Nos. |
|---|---|---|---|
| Supplemental Declaration of Randi Ettner (*Plaintiffs' Motion for Preliminary Injunction*) | 03/19/2025 | 85 | 28-41 |
| Supplemental Declaration of Alex Wagner (*Plaintiffs' Motion for Preliminary Injunction*) | 03/19/2025 | 84 | 42-48 |
| Exhibit 32 – Palm Center, "DoD's Rationale for Reinstating the Transgender Ban Is Contradicted by Evidence" (2018) (*Plaintiffs' Motion for Preliminary Injunction*) | 03/19/2025 | 83-6 | 49-105 |
| Exhibit 34 – Tara Copp, "All 4 service chiefs on record: No harm to units from transgender service," Military Times (April 24, 2018) (*Plaintiffs' Motion for Preliminary Injunction*) | 03/19/2025 | 83-8 | 106-110 |
| Exhibit 35 – Declaration of Martha Soper, as filed in the case *Talbott v. United States* (*Plaintiffs' Motion for Preliminary Injunction*) | 03/19/2025 | 83-9 | 111-117 |
| Exhibit 1 – Chief of Naval Operations, Initial Execution Related to Prioritizing Military Excellence and Readiness (NAVADMIN 055/25) (Mar. 13, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/17/2025 | 79-1 | 118-124 |

- 3 -

| Document | File Date | USDC Dkt. No. | SER Nos. |
|---|---|---|---|
| Exhibit 1 – Commandant of the Marine Corps, Initial Guidance on Prioritizing Military Excellence and Readiness. (MARADMINS 128/25) (Mar. 14, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/14/2025 | 77-1 | 125-126 |
| Exhibit 4 – Transcript of Hearing before United States Senate Committee on Armed Services (April 26, 2018) (excerpt) (*Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction*) | 03/14/2025 | 76-4 | 127-135 |
| Exhibit 1 – Sec'y of the Navy, Initial Direction on Prioritizing Military Excellence and Readiness (Mar. 13, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/13/2025 | 75-1 | 136-143 |
| Exhibit 1 – MEPS Email (*Joint Response to Court's Order*) | 03/13/2025 | 73-1 | 144-145 |
| Exhibit 3 – Defendants' Response to Court Order in *Talbott v. United States* (*Joint Response to Court's Order*) | 03/13/2025 | 73-3 | 146-151 |
| Exhibit 5 – Department of Defense Instruction 6130.03 Vol. 2, "Medical Standards for Military Service: Retention" (*Joint Response to Court's Order*) | 03/13/2025 | 73-5 | 152-192 |
| Exhibit 6 – Department of Defense Instruction 1332.14, "Enlisted Administrative Separations" (*Joint Response to Court's Order*) | 03/13/2025 | 73-6 | 193-256 |

- 4 -

| Document | File Date | USDC Dkt. No. | SER Nos. |
|---|---|---|---|
| Exhibit 7 – Department of Defense Instruction 1332.30, "Commissioned Officer Administrative Separations" (*Joint Response to Court's Order*) | 03/13/2025 | 73-7 | 257-284 |
| **VOLUME 2 of 4** | | | |
| Exhibit 8 – Department of Defense Instruction 1332.18, "Disability Evaluation System" (*Joint Response to Court's Order*) | 03/13/2025 | 73-8 | 287-358 |
| Exhibit 9 – Prioritizing Military Excellence and Readiness: Frequently Asked Questions, Off. of the Under Sec'y of Def. for Pers. & Readiness (*Joint Response to Court's Order*) | 03/13/2025 | 73-9 | 359-364 |
| Exhibit 10 – Department of Defense Public Affairs Office Guidance (*Joint Response to Court's Order*) | 03/13/2025 | 73-10 | 365-374 |
| Exhibit 3 – Accession Medical Standards Analysis and Research Activity (AMSARA) Report (2021) (excerpt) (*Defendants' Response to Court's Order*) | 03/12/2025 | 71-3 pp. 1 - 19 | 375-393 |
| Exhibit 1 – Sec'y of the Army, Prioritizing Military Excellence and Readiness Implementation Guidance (Mar. 6, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/07/2025 | 68-1 | 394-400 |

| Document | File Date | USDC Dkt. No. | SER Nos. |
|---|---|---|---|
| Exhibit 2 – Dep't of the Army, Implementing Guidance for Executive Order (EXORD 175-25) (superseding EXORD 150-25) (Mar. 7, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/07/2025 | 68-2 | 401-411 |
| Declaration of Regan Morgan (*Plaintiffs' Supplemental Brief in support of Motion for Preliminary Injunction*) | 03/04/2025 | 62 | 412-415 |
| Exhibit A – Developmental Counseling Form (Mar. 2, 2025) (*Plaintiffs' Supplemental Brief in support of Motion for Preliminary Injunction*) | 03/04/2025 | 62-1 | 416-418 |
| Exhibit 26 – x.com post by DOD Rapid Response (Feb. 27, 2025) (*Plaintiffs' Supplemental Brief in support of Motion for Preliminary Injunction*) | 03/04/2025 | 61-2 | 419-420 |
| Exhibit 1 – Dep't of the Navy, Navy Recruiting Command, Decision Guidance Memorandum #N00-30: Processing of Applicants Identifying as Transgender (Jan. 28, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/04/2025 | 58-1 | 421 |

| Document | File Date | USDC Dkt. No. | SER Nos. |
|---|---|---|---|
| Exhibit 2 – Secretary of Defense, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government (Jan. 31, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/04/2025 | 58-2 | 422-423 |
| Exhibit 3 – Dep't of the Army, Office of the Assistant Secretary for Manpower and Reserve Affairs: Implementing Guidance for Executive Order Defending Women (Feb. 4, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/04/2025 | 58-3 | 424-426 |
| Exhibit 4 – Secretary of Defense, Prioritizing Military Excellence and Readiness (Feb. 7, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/04/2025 | 58-4 | 427 |
| Exhibit 5 – Dep't of the Army, Implementation of Executive Orders Related to Transgender Military Service ("EXORD 150-25") (Feb. 7, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/04/2025 | 58-5 | 428-430 |
| Exhibit 6 – Dep't of the Army, Fragmentary Order ("FRAGO"), amending EXORD 15025 (Feb. 14, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/04/2025 | 58-6 | 431-434 |

| Document | File Date | USDC Dkt. No. | SER Nos. |
|---|---|---|---|
| Exhibit 8 – Office of the Under Secretary of Defense, Clarifying Guidance on Prioritizing Military Excellence and Readiness (Feb. 28, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/04/2025 | 58-8 | 435-449 |
| Exhibit 9 – Dep't of the Air Force, Acting Assistant Sec'y for Manpower & Readiness, Additional Guidance for Executive Order 14183, 'Prioritizing Military Excellence and Readiness.' (Mar. 1, 2025) (*Defendants' Notice Pursuant to the Court's Order*) | 03/04/2025 | 58-9 | 450-452 |
| Declaration of Cathrine Schmid (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 39 | 453-458 |
| Declaration of Shawn Skelly (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 38 | 459-465 |
| Declaration of Randi Ettner (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 37 | 466-476 |
| Declaration of Gilbert R. Cisneros (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 36 | 477-485 |
| Declaration of Carlos Del Toro (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 35 | 486-491 |

| Document | File Date | USDC Dkt. No. | SER Nos. |
|---|---|---|---|
| Declaration of Ashish S. Vazirani (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 34 | 492-499 |
| Declaration of Alex Wagner (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 33 | 500-512 |
| Exhibit A – Directive-type Memorandum (DTM) 16-005, "Military Service of Transgender Service Members" (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 33-1 | 513-519 |
| Exhibit B – Army Directive 2016-30, "Army Policy on Military Service of Transgender Soldiers" (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 33-2 | 520-524 |
| Exhibit C – Army Directive 2016-35, "Army Policy on Military Service of Transgender Soldiers" (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 33-3 | 525-544 |
| Exhibit D – DoD Instruction ("DoDI") 1300.28, "In-Service Transition for Transgender Service Members" (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 33-4 | 545-567 |
| **VOLUME 3 of 4** | | | |
| Exhibit E – Department of the Air Force Policy Memorandum 2021-36-01, | 02/19/2025 | 33-5 | 570-595 |

- 9 -

| Document | File Date | USDC Dkt. No. | SER Nos. |
|---|---|---|---|
| "Accessions and In-service Transition for Persons Identifying as Transgender" (*Plaintiffs' Motion for Preliminary Injunction*) | | | |
| Exhibit F – PRRI Survey (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 33-6 | 596-600 |
| Declaration of Yvette Bourcicot (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 32 | 601-612 |
| Exhibit A – RAND Report, Assessing the Implications of Allowing Transgender Personnel to Serve Openly (2016) (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 32-1 | 613-725 |
| Exhibit 1 – Executive Order 14183, "Prioritizing Military Excellence and Readiness," dated January 27, 2025 (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 31-1 | 726-729 |
| Exhibit 5 – "Transgender Service in the U.S. Military: An Implementation Handbook," dated September 30, 2016 (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 31-5 | 730-802 |
| Laurel Wamsley, "Trump Says Transgender People Can't Serve in the Military," NPR News (Jul. 26, 2017) | 02/19/2025 | 31-7 | 803-810 |
| Presidential Memorandum for the Secretary of Defense and Secretary of Homeland Security, "Military Service by | 02/19/2025 | 31-8 | 811-815 |

| Document | File Date | USDC Dkt. No. | SER Nos. |
|---|---|---|---|
| Transgender Individuals" (Aug. 25, 2017) | | | |
| Exhibit 10 – Secretary of Defense Memorandum for the President, "Military Service by Transgender Individuals," dated February 22, 2018 (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 31-10 | 816-864 |
| **VOLUME 4 of 4** | | | |
| Exhibit 12 – Department of Defense Instruction 6130.03 Vol. 1, "Medical Standards for Military Service: Appointment, Enlistment, or Induction" (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 31-12 | 867-926 |
| Exhibit 13 – Executive Order 14168, "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," dated January 20, 2025 (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 31-13 | 927-931 |
| Exhibit 14 – Department of Defense Memorandum for Senior Pentagon Leadership Commanders of the Combatant Commands Defense Agency and DOD Field Activity Directors, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," dated January 31, 2025 (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 31-14 | 932-934 |

| Document | File Date | USDC Dkt. No. | SER Nos. |
|---|---|---|---|
| Exhibit 24 – Palm Center, "Discharging Transgender Troops Would Cost $960 Million" (August 2017) (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 31-24 | 935-947 |
| Declaration of Danielle Askini Aubain (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 30 | 948-949 |
| Declaration of Matthew Medina (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 29 | 950-954 |
| Declaration of Videl Leins (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 28 | 955-957 |
| Declaration Jane Doe (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 27 | 958-962 |
| Declaration of Geirid Morgan (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 26 | 963-968 |
| Declaration of Blake Dremann (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 25 | 969-972 |
| Declaration of Emily Shilling (*Plaintiffs' Motion for Preliminary Injunction*) | 02/19/2025 | 24 | 973-977 |
| Summary Chart of Classifications Based on Transgender Status | | | 978-982 |
| Transcript of Preliminary Injunction Hearing, March 25, 2025 | 03/25/2025 | | 983-1035 |