UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Commander EMILY SHILLING; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>Defendants - Appellants. | No. 25-2039<br><br>D.C. No.<br>2:25-cv-00241-BHS<br>Western District of Washington, Seattle<br><br>ORDER |

Before: CALLAHAN, CHRISTEN, and HURWITZ, Circuit Judges.

Submission of this case is vacated. The Court has received the parties' supplemental briefs. Oral argument will be scheduled in due course.